PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Denise Odom                                              Cr.: 01-00056-001

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise

Date of Original Sentence: 08/14/02

Original Offense: Mail Fraud

Original Sentence: 15 months imprisonment with 3 years supervised release

Type of Supervision: supervised release                  Date Supervision Commenced: 02/07/05

Assistant U.S. Attorney: Michael Buchanan                Defense Attorney: Kevin Carlucci

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.'**<br><br>The offender is diagnosed as schizophrenic - paranoid type, and obsessive-compulsive. She has been referred to 3 different mental health providers in an effort to secure treatment and medication administration and monitoring. She has failed to partake in mental health treatment as directed and refuses the psychotropic medications as recommended by the psychiatrist at Trinitas Hospital in Elizabeth, New Jersey. |

I declare under penalty of perjury that the foregoing is true and correct.

By: *Donna W. Shaw*
Donna W. Shaw
Senior U.S. Probation Officer
Date: 09/19/06

THE COURT ORDERS:

PROB 12C - Page 2
Denise Odom

[X] The Issuance of a Summons. Date of Hearing: . Oct. 23, 2006   2:00 P.M.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Sept. 27, 2006
_____
Date